# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MELODY K. WALL and**
**KEITH R. WALL,**

       **Plaintiffs,**

    vs.                                                     **Cause No. 05-351-DRH**

**ROBERT E. WHEELER, an**
**Individual, and J.B. HUNT**
**TRANSPORT, INC.,**
**a Foreign Corporation,**

       **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-------------------------------------------------------------------------

                                                                    **NORBERT G. JAWORSKI, CLERK**

June 1, 2006                                             By:   s/Patricia Brown
                                                                            Deputy Clerk

APPROVED:/s/     David   RHerndon
                **U.S. DISTRICT JUDGE**